IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

LARRY MCDANIEL,

    Plaintiff,

v.                                            CIVIL ACTION NO. 1:16-CV-109

DECATUR COUNTY, GEORGIA,

    Defendant.
_____/

## STIPULATION OF DISMISSAL

COME NOW the parties, by and through their undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41, hereby stipulate to the dismissal of this action, **WITH PREJUDICE,** with each party to bear that party's own costs.

**SO STIPULATED,** this 3rd day of November, 2017.

                                          WATSON SPENCE LLP

                                          /s/ Louis E. Hatcher
                                          Louis E. Hatcher   Bar No. 337342
                                          /s/ Alfreda Sheppard
                                          Alfreda Sheppard   Bar No. 525106
                                          Attorneys for Plaintiff
                                          Post Office Box 2008
                                          Albany, Georgia 31702-2008
                                          Telephone:   (229) 436-1573
                                          Email:   Lhatcher@watsonspence.com
                                                                         Asheppard@watsonspence.com

                                          ALEXANDER & VANN, LLP

                                          s/Raleigh W. Rollins
                                          Raleigh W. Rollins   Bar No. 613860
                                          Attorney for Defendant
                                          411 Gordon Avenue
                                          Thomasville, Georgia 31792
                                          Telephone:   (229) 226-2565
                                          E-mail:   rrollins@alexandervann.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day served a copy of the within and foregoing *Stipulation of Dismissal,* electronically filing the same with the Court via the CM/ECF system and the Court to notify the following counsel of record:

>Raleigh W. Rollins
>ALEXANDER & VANN, LLP
>411 Gordon Avenue
>Thomasville, Georgia 31792

This 3rd day of November, 2017.

>/s/ Alfreda L. Sheppard
>Alfreda L. Sheppard